

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CASE # 07-CR-706

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

Miguel Angel Turcios

    Defendant.

) ORDER OF DETENTION AFTER
) HEARING (Fed.R.Crim.P. 32.1(a)(6)
) Allegations of Violations of Probation
) Supervised Release)
) Conditions of Release)

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( )  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//
//

The court concludes:

A.  (—)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

*Nature of Charges*

(B)  ( )  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

IT IS ORDERED that defendant be detained.

DATED: 3/9/12

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE